ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA WOLFBRANDT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE MEADOWS SCHOOL, a Domestic Non-Profit Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-01684 <br><br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff MELISSA WOLFBRANDT, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., hereby demands a jury trial on all triable issues in this matter.

DATED: October 5th, 2022

**JENNINGS & FULTON, LTD.**

By: */s/ Adam R. Fulton, Esq.*
　　ADAM R. FULTON, ESQ.
　　Nevada Bar No. 11572
　　LOGAN G. WILLSON, ESQ.
　　Nevada Bar No. 14967
　　*Attorneys for Plaintiff*

-1-