ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA WOLFBRANDT, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>THE MEADOWS SCHOOL, a Domestic Non-Profit Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>     Defendants. | Case No.: 2:22-CV-01684 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between Plaintiff MELISSA WOLFBRANDT, by

and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ.,

of the law firm of JENNINGS & FULTON, LTD., and Defendant THE MEADOWS SCHOOL, by

and through its attorneys of record, JEFFERY C. LONG of LEVANGIE LAW GROUP and

JENNIFER MAHE of the law firm of MAHE LAW, LTD., to dismiss this action, including all

claims and defenses, with prejudice.

. . .

. . .

. . .

*JENNINGS & FULTON, LTD.*
*2580 Sorrel Street*
*Las Vegas, NV 89146*
*702.979.3565*

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear their own attorneys' fees and costs.

DATED: February 20th, 2024

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
E-mail: afulton@jfnvlaw.com
E-mail: logan@jfnvlaw.com
*Attorneys for Plaintiff*

DATED: February 20th, 2024

**LEVANGIE LAW GROUP**

*/s/ Jeffery C. Long, Esq.*
JEFFERY C. LONG, ESQ.
Nevada Bar No. 9430
2969 Prospect Park Drive Suite #125
Rancho Cordova, CA 95670
Tel: (916) 443-4849
Fax: (916) 443-4855

**MAHE LAW, LTD.**
JENNIFER MAHE, ESQ.
Nevada Bar No. 9620
707 N. Minnesota Street, Suite D
Carson City, NV 89703
*Attorneys for Defendant*
*THE MEADOWS SCHOOL*

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

_____
United States District Court

Dated: ___February 20, 2024_____

*Sidebar (rotated):* JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, NV 89146
702.979.3565

-2-